**2010–0699.  Schultz v. Wurdlow.**
Franklin App. No. 09AP–301, 2010-Ohio-1140. On motion for stay of judgment. Motion denied.

## APPEALS ACCEPTED FOR REVIEW

**2010–0240.  In re D.B.**
Licking App. No. 2009 CA 00024, 2009-Ohio-6841.
PFEIFER, O'DONNELL, and CUPP, JJ., dissent.

**2010–0297.  Loudin v. Radiology & Imaging Servs., Inc.**
Summit App. No. 24783, 185 Ohio App.3d 438, 2009-Ohio-6947.
BROWN, C.J., and PFEIFER, J., dissent.

**2010–0298.  New Destiny Treatment Ctr., Inc. v. Wheeler.**
Summit App. No. 24404, 2009-Ohio-6956.
LUNDBERG STRATTON and LANZINGER, JJ., dissent.
O'CONNOR, J., not participating.

**2010–0329.  State v. Taylor.**
Athens App. No. 09CA22, 2010-Ohio-141. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke*, Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.
O'CONNOR, LANZINGER, and CUPP, JJ., would accept the appeal on Proposition of Law Nos. II, III, and IV only.
Motion to consolidate denied as moot.

**2010–0380.  State v. Gaines.**
Wood App. No. WD–08–058, 2010-Ohio-91. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2009–1997, *State v. Hodge*, Hamilton App. No. C–080968; and briefing schedule stayed.
PFEIFER, LUNDBERG STRATTON, and O'DONNELL, JJ., dissent.

**2010–0393.  Measles v. Indus. Comm.**
Cuyahoga App. No. 93071, 2010-Ohio-161.
BROWN, C.J., and PFEIFER and O'CONNOR, JJ., dissent.

**2010–0397.  State v. Potter.**
Franklin App. No. 09AP–580, 2010-Ohio-372. Discretionary appeal accepted; cause held for the decision in 2009–1997, *State v. Hodge*, Hamilton App. No. C–080968; and briefing schedule stayed.
PFEIFER, LUNDBERG STRATTON, and LANZINGER, JJ., dissent.

**2010–0511.  Flagstar Bank, FSB v. Reinhold.**
Hamilton App. No. C–090166. Discretionary appeal accepted and cause consolidated with 2010–0508, *Flagstar Bank, FSB v. Reinhold,* Hamilton App. No. C–090166.
PFEIFER, J., dissents.